**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| The City of Bismarck | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hudson Insurance Company, | ) | |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-121 |
| vs. | ) | |
| | ) | |
| KLE Construction, LLC; Elk Holding LLC; Gary Everett, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on May 17, 2027, at 10:30 AM before the magistrate judge by telephone.  To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149.  The conference may be recorded for the convenience of the court.

Dated this 10th day of August, 2026.

_/s/ Clare R. Hochhalter_
Clare R. Hochhalter, Magistrate Judge
United States District Court